# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOHNNY LEE JENKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0383
_____

May 1, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.